In the Matter of JACOB S. KATZMAN, an Attorney, Respondent.

First Department, January 26, 1923.

**Attorney and client — disciplinary proceedings — attorney disbarred following conviction of petit larceny.**

An attorney at law must be disbarred from practice, where it appears that he was indicted for grand larceny, which indictment was based on the conversion of moneys belonging to his clients, and that he pleaded guilty of the crime of petit larceny and was sentenced therefor.

DISCIPLINARY proceedings instituted by the Association of the Bar of the City of New York.

*Einar Chrystie,* for the petitioner.

CLARKE, P. J.:

The respondent was admitted to practice as an attorney and counselor at law at a term of the Appellate Division, First Department, in October, 1905. The petition alleges that respondent has been guilty of misconduct as an attorney at law as follows: Between November 1, 1920, and January 1, 1921, the respondent converted to his own use moneys collected in behalf of his clients aggregating $222.14. The grand jury of the county of New York filed two indictments accusing the respondent of grand larceny in the second degree by reason of his conversion of said moneys. On October 17, 1922, the respondent was arraigned in the Court of General Sessions of the Peace of the County of New York, and with the consent of the district attorney pleaded guilty of the crime of petit larceny, said plea to cover the charges made against him in both of the indictments above referred to. On October 20, 1922, the respondent, upon said plea of guilty, was sentenced to be confined in the penitentiary of the county of New York. Certified copies of the indictment and of the proceedings thereon are attached to the moving papers.

The bare statement of the foregoing facts demonstrates that respondent should no longer be permitted to continue in his office as attorney and counselor at law, and he is, therefore, disbarred.

DOWLING, PAGE, MERRELL and FINCH, JJ., concur.

Respondent disbarred. Settle order on notice.